IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY L. BIRGE**                                                                              **PLAINTIFF**

**V.**               **CASE NO.: 4:13CV00008 BD**

**CAROLYN W. COLVIN,**[1] **Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn Colvin, Commissioner of the Social Security Administration, is REVERSED and this case is REMANDED for further proceedings.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 6th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security.  She is therefore substituted for Michael J. Astrue pursuant to Fed.R.Civ.P. 25(d).